Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION      *E-FILE D- 7/7/05*

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CV-04-3401 RMW PVT |
| Plaintiff, | Hon. Ronald M. Whyte |
| vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT LEWIS CHAVEZ AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |
| LEWIS CHAVEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant Lewis Chavez ("Defendant"), through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant only. Each of said parties to bear its/his own costs and attorneys' fees.

The terms of the Confidential Settlement Agreement dated April 27, 2005 ("Agreement") entered into between Defendant and DIRECTV require the performance of certain obligations by Defendant that will not be completed until July 2006. If Defendant does not timely or fully perform these obligations when due, DIRECTV is authorized to seek enforcement of those obligations in this Court. The parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction over them by this Court and to reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of the Agreement,

1  as defined therein. The parties therefore respectfully request that the Court retain such
2  jurisdiction.

3
4  DATED: June 15, 2005                    Respectfully Submitted,

5                                          BUCHALTER, NEMER, FIELDS & YOUNGER
                                           A Professional Corporation
6
7
8                                          By: _____
                                               Brandon Q. Tran
9                                              Attorneys for Plaintiff DIRECTV, Inc.

10 DATED: June 15, 2005                    PARR LAW GROUP

11
12                                         By: _____
                                               Shawn R. Parr
13                                             Attorneys for Defendant LEWIS CHAVEZ

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BNFY 565883v1                          -2-                    (CV-04-3401 RMW PVT)
STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT LEWIS CHAVEZ AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON

## ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant Lewis Chavez and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant Lewis Chavez is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorneys' fees; and

(3) The Court shall retain jurisdiction over Plaintiff DIRECTV, Inc. and Defendant Lewis Chavez to enforce the terms described above of the Settlement Agreement between those parties dated April 27, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: 7/7/05

/S/ RONALD M. WHYTE
Honorable Ronald M. Whyte
United States District Court
Northern District of California